# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GRADY O. MULLINS, | ) | |
| Petitioner, | ) | 3:08-cv-00562-LRH-VPC |
| vs. | ) | ORDER |
| WILLIAM DONAT, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for an extension of time in which to file an answer/ responsive pleading to the petition for a writ of habeas corpus. (Docket #11).  Respondents seek a 60-day enlargement of time, up to and including July 16, 2009, to file an answer or other responsive pleading.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer or responsive pleading (Docket #11) is **GRANTED.**  The answer/responsive pleading shall be filed on or before **July 16, 2009.**

DATED this 19th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE