# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRADY O. MULLINS, | )<br>) |
| Petitioner, | )    3:08-cv-00562-LRH-VPC<br>) |
| vs. | )    ORDER<br>) |
| WILLIAM DONAT, *et al.*, | )<br>) |
| Respondents. | ) |

Petitioner has filed a motion for an extension of time (Docket #19) in which to file a response to the pending motion to dismiss the petition. Petitioner seeks an enlargement of time, up to and including August 30, 2009, to file a response. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time (Docket #19) in which to file a response to the pending motion to dismiss the petition is **GRANTED.** Petitioner's response shall be filed on or before **August 30, 2009.**

DATED this 20th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE