AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

GRADY O. MULLINS,

    Petitioner,     JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER: **3:08-CV-00562-LRH-VPC**

WILLIAM DONAT, et al.,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondents' motion to dismiss (#16) the petition for writ of habeas corpus is **GRANTED** and the petition is **DISMISSED WITH PREJUDICE**.
    **IT IS FURTHER ORDERED** that Petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

   December 10, 2009                           **LANCE S. WILSON**
                                                                               Clerk

                                                                          /s/ D. R. Morgan
                                                                         Deputy Clerk